[Nos. 21614–7–I; 22367–4–I.   Division One.   June 5, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY
COMSTOCK, *Appellant.*

*In the Matter of the Personal Restraint of*
TERRY COMSTOCK, *Petitioner.*

Appeal from a judgment of the Superior Court for Sno-homish County, No. 83–1–00236–7, Stuart C. French, J., entered January 5, 1988, together with a petition for relief from personal restraint. Judgment *dismissed* and petition *denied* by unpublished per curiam opinion.

[No. 11271–0–II.   Division Two.   June 6, 1989.]

JAMES LEWIS, *Appellant,* v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Thur-ston County, No. 86–2–00094–9, Daniel J. Berschauer, J., entered July 20, 1987. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ.

[No. 8872–3–III.   Division Three.   June 6, 1989.]

HOWARD L. FULTZ, ET AL, *Respondents,* v. THOMAS S.
SHIFLETT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Chelan County, No. 85–2–00247–9, Charles W. Cone, J., entered August 31, 1987. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Munson, JJ.